NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BRUCE A. FORNEY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-120 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; James A. Yancey,
Judge.

PER CURIAM.

          Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); Smart v.

State, 124 So. 3d 347 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d

DCA 2009); Brown v. State, 13 So. 3d 1087 (Fla. 2d DCA 2009); Franke v. State, 997

So. 2d 424 (Fla. 2d DCA 2008); Johnson v. State, 973 So. 2d 1192 (Fla. 2d DCA 2008);

Burttram v. State, 846 So. 2d 1201 (Fla. 2d DCA 2003); Brown v. State, 827 So. 2d

1054 (Fla. 2d DCA 2002); Cook v. State, 816 So. 2d 773 (Fla. 2d DCA 2002); Calandra

v. State, 64 So. 3d 156 (Fla. 4th DCA 2011); Clayton v. State, 904 So. 2d 660 (Fla. 5th

DCA 2005); Hope v. State, 766 So. 2d 343 (Fla. 5th DCA 2000).

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.